AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
September 03, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____AQ_____
DEPUTY

**UNITED STATES OF AMERICA**
**V.**
Jose Alberto HERNANDEZ-Morales

**CRIMINAL COMPLAINT**

Case Number: **EP:25-MJ-4924-LE**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 1, 2025** in **El Paso** County, in the **Western District Of Texas** defendant(s) did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326(a)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

The DEFENDANT, Jose Alberto HERNANDEZ-Morales, an alien to the United States and a citizen of Mexico was found approximately 12.7 miles west of the Tornillo Port of Entry in Tornillo, Texas, in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally. The DEFENDANT has been previously removed from the United States to Mexico on May 29, 2025, through Brownsville, Texas. The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Continued on the attached sheet and made a part hereof:    ☒ Yes  ☐ No

Complaint sworn to telephonically on **September 03, 2025** at **01:03 PM** and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

Signature of Complainant

**Cesar Ponce**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

9/3/2025
Date

at

El Paso, TX
City/State

Laura Enriquez    U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Jose Alberto HERNANDEZ-Morales

PEPT# PEPT250900237

09/03/2025

FACTS    (CONTINUED)

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Immigration History:
The DEFENDANT has been removed 1 time(s), the last one being to MEXICO on May 29, 2025, through BROWNSVILLE-MATAMOR, TX

Criminal History:
04/16/2025, Johnson County, NC. , Driving While Under the Influence(M), CNV, Jail, Time Served.